DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CRIMINAL CASE NO. 96-00097-002 |
| vs. | |
| ROLANDO VALENCIA MIRANDA, | **ORDER** |
| Defendant. | |

On December 26, 2006, the Court received payment in the amount of $50.00, receipt number 30655, which was inadvertently applied toward Deposit Fund 6855XX. According to the Judgment, filed May 28, 1998, Defendant Rolando Valencia Miranda was ordered to pay a special assessment fee of $100.00 and a fine of $17,500.00. Therefore, it is hereby ordered that the payment of $50.00 shall be transferred from Fund 6855XX to Fund 504100 to be applied toward his fine.

DATED this 28th day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
CHIEF JUDGE
DISTRICT COURT OF GUAM

ORIGINAL