# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 96-00097-002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| ROLANDO V. MIRANDA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      On May 18, 1998, Rolando Valencia Miranda, was sentenced to 120 months imprisonment for the offense of Conspiracy To Import Crystal Methamphetamine, in violation of 21 U.S.C. § 960 and 963. Following imprisonment, he was ordered to serve a five year term of supervised release with conditions to include that he not possess, use, distribute or administer any controlled substances and submit to one urinalysis test within 15 days of release and shall submit but not be limited, to two additional urinalysis tests not to exceed 60 days thereafter. Mr. Miranda began his five year term of supervised release on September 9, 2006.

      Since release, Mr. Miranda has been residing in Fairfield, California, and has been under the supervision of the U.S. Probation Office in the Eastern District of California. Mr. Miranda is in compliance with all aspects of supervision. He is employed on a full-time basis, maintains residence with his wife and children, and has had no law enforcement contact. The $100 special assessment fee was paid in full on March 24, 1999. Mr. Miranda has been making $50.00 monthly payments towards his fine obligation of $17,500.00. His principal fine balance is $15,950.00 and his last $50.00 payment was made on April 3, 2007.

      Mr. Miranda has requested permission to travel to Manila, Republic of the Philippines, leaving San Francisco, California, on June 4, 2007 and returning on July 4, 2007. He will visit his two daughters who reside with his sister in Manila. He intends on bringing his daughters with him upon his return to California.

Request to Travel
Re:     MIRANDA, Rolando V.
USDC Cr. Cs. No. 96-00097-002
May 17, 2007
Page 2

       Mr. Miranda's Supervising Probation Officer, Glenn P. Simon, supports his request and recommends that he be granted permission to travel.

                                        Respectfully submitted,

                                        FRANK MICHAEL CRUZ
                                        Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                   U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
   Supervision Unit Leader

cc:     File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Rolando Valencia Miranda**
USDC Cr. Cs. No. 96-00097-002
SSN: XXX-XX-9197
DOB: XX-XX-1968

DATE **May 17, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO **Manila, Republic of the Philippines**

LEAVING **June 4, 2007** AND RETURNING **July 4, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your supervised release conditions while on travel status.**

2. **Call your probation officer as soon as you are aware of the need to remain away from the District for a longer period than authorized.**

3. **Upon return to California, contact your probation officer to report and receive further instructions.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

☐ APPROVED   ☐ DISAPPROVED

NAME **N/A**
ADDRESS