| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



Rolando Valencia Miranda
USDC Cr. Cs. No. 96-00097-002
SSN: XXX-XX-9197
DOB: XX-XX-1968

DATE **May 17, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO **Manila, Republic of the Philippines**

LEAVING **June 4, 2007** AND RETURNING **July 4, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your supervised release conditions while on travel status.**

2. **Call your probation officer as soon as you are aware of the need to remain away from the District for a longer period than authorized.**

3. **Upon return to California, contact your probation officer to report and receive further instructions.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME N/A
ADDRESS

☒ APPROVED  ☐ DISAPPROVED

ANITA A. SUKOLA
Designated District Judge
Dated: May 24, 2007