FILED
DISTRICT COURT OF GUAM
JUL -6 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ROLANDO VALENCIA MIRANDA,<br><br>　　　Defendant. | CRIMINAL CASE NO. 96-00097-002<br><br>**ORDER** |

On July 2, 2007, the Court received payment in the amount of $50.00, receipt number 31757, which was inadvertently applied toward Deposit Fund 6855XX (Exhibit A). According to the Judgment, filed May 28, 1998, Defendant Rolando Valencia Miranda was ordered to pay a special assessment fee of $100.00 and a fine of $17,500.00. Therefore, it is hereby ordered that the payment of $50.00 shall be transferred from Fund 6855XX to Fund 504100 to be applied toward his fine.

DATED this 6th day of July, 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　FRANCES M. TYDINGCO-GATEWOOD
　　　　　　　　　　　　　　　　CHIEF JUDGE
　　　　　　　　　　　　　　　　DISTRICT COURT OF GUAM

COPY　　　ORIGINAL

```
        RECEIPT FOR PAYMENT
        DISTRICT COURT OF GUAM
            HAGATNA, GUAM

Rcpt#: 61757           Date: 7/2/2007
                       Time: 2:10:57 PM

Received From:
    Miranda, Rolando
    Fairfield, CA 94534

------------------------------------------

CR-96-00077
USA v. Miranda
Party: Miranda, Rolando
        Account              Amount
    ----------           ----------
    Restitution ():
      6655AX                  50.00
                         ==========
    TOTAL DUE.........:       50.00
                         ==========
    TENDERED..........:
      Check...........:       50.00
        #1001957529)  15-900/000
                         ----------
    TOTAL RECEIVED....:       50.00
                         ----------
    CHANGE DUE........:        0.00


Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.


Deputy
Clerk: [signature]
       Francine A Diaz
```

**EXHIBIT A**