DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROLANDO VALENCIA MIRANDA,<br><br>Defendant. | CRIMINAL CASE NO. 96-00097-002<br><br>**ORDER** |

On August 6, 2007, the Court received payment in the amount of $50.00, receipt number 32289, which was inadvertently applied toward Deposit Fund 6855XX (Exhibit A). According to the Judgment, filed May 28, 1998, Defendant Rolando Valencia Miranda was ordered to pay a special assessment fee of $100.00 and a fine of $17,500.00. Therefore, it is hereby ordered that the payment of $50.00 shall be transferred from Fund 6855XX to Fund 504100 to be applied toward his fine.

SO ORDERED: 10/30/07

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam

```
              RECEIPT FOR PAYMENT
              DISTRICT COURT OF GUAM
                 HAGATNA, GUAM

Rcpt#: 32289              Date: 8/6/2007
                          Time: 2:54:57 PM

Received From:
    Miranda, Rolando
    Fairfield, CA 94534

=========================================

CR-96-00097
USA v. Miranda
Party: Miranda, Rolando
        Account                    Amount
-----------------------------  ----------
 Restitution #1
    6855XX                          50.00
                               ==========
 TOTAL DUE........:                 50.00
                               ==========
 TENDERED.........:
    Check.........:                 50.00
    #10491863027  15-000
                               ----------
 TOTAL RECEIVED...:                 50.00
                               ----------
 CHANGE DUE.......:                  0.00

Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.


Deputy
Clerk: _____
       Peter DV Santos
```

**EXHIBIT A**